**In re Shahzad KHALIGH, Debtor.**

**Shahzad Khaligh, Appellant,**

v.

**Fred Hadaegh, Appellee.**

No. 06–55361.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 15, 2007.*

Filed Nov. 8, 2007.

Simon J. Dunstan, Hughes & Dunstan, LLP, Woodland Hills, CA, for the appellant.

Paul A. Beck, Law Offices of Paul A. Beck, Sherman Oaks, CA, for the appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

Before: FERDINAND F. FERNANDEZ and KIM McLANE WARDLAW, Circuit Judges, and RANER C. COLLINS,** District Judge.

## ORDER

Shahzad Khaligh appeals the decision of the Bankruptcy Appellate Panel, which affirmed the bankruptcy court's determination that Fred Hadaegh's award of damages obtained against her was not dischargeable. *See* 11 U.S.C. § 523(a)(6). She argues that mutual collateral estoppel is not available in California when the prior determination was made in a confirmed arbitration award decision.

We disagree and, therefore, affirm for the reasons cogently set forth in the majority opinion of the Bankruptcy Appellate Panel. *See Khaligh v. Hadaegh (In re Khaligh)*, 338 B.R. 817 (9th Cir.BAP 2006).

AFFIRMED.